UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MORPHIX COMPANY, LTD.,

                Plaintiff,

        -v-

MELANIE ZAMORA and MGZ CONSULTING, LLC,

                Defendants,

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 11, 2017

15-cv-6532 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court held a jury trial in this matter from October 10-11, 2017. As the parties are aware, the jury returned a verdict in favor of Morphix Company, Ltd. in the amount of $33,000, for which defendants are jointly and severally liable.

In accordance with the Court's directives at the conclusion of trial, the parties are hereby ORDERED to file a joint letter not later than **Thursday, October 19, 2017** providing an update on the status of this matter.

        SO ORDERED.

Dated:    New York, New York
            October 11, 2017

_____
KATHERINE B. FORREST
United States District Judge